# EXHIBIT A

OCT-20-2010 09:58AM FROM-UBO 60317-SR Case 3:11-cv-00937-SRU  Document 1-1  Filed 06/10/11  Page 2 of 4  T-130  P.002/015  F-260
P.O. BOX 510950
NEW BERLIN WI 53151-0950

800-716-1618

00025-7

SHELLY M ANDREWS
245 HILLIARD ST
MANCHESTER CT 06042-3050

Date: June 14, 2010
Our Account #: 52117416
Creditor's Account #: ▮▮▮▮▮▮
Creditor: ECMC (FKA ▮▮▮)
Current Balance Due: $5,384.97

\* This Balance is the Sum of Balances from 2 Account(s).

(See Page 2 For Detail)

Dear Shelly M Andrews:

Great News! You recently chose to enter into the Rehabilitation Program to remove your loan(s) from a default status. There are required documents under Federal Regulation CFR 682.405 that need to be signed and returned before you can participate in the program.

Please review the enclosed Rehabilitation Agreement and ensure you complete the second page of the form. This includes references, employment, name, social security number, address, phone number and date.

Please return the original completed Rehabilitation Agreement to NCO Financial Systems, Inc. Photocopies will not be accepted.

If you have any questions, please call us toll free at 800-716-1618.

Thank you,

NCO Financial Systems, Inc.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

Calls to or from this company may be monitored or recorded for quality assurance.

**Notice: See Reverse Side for Important Information.**

All check payments received grant us the right to process the check electronically. Also, your returned check may be collected electronically if it is returned for insufficient or uncollected funds.

Your account balance may be periodically increased due to the addition of accrued interest or other charges as provided in the agreement with the original creditor or as otherwise provided by federal and/or state law.

507 Prudential Road, Horsham, PA 19044
Office Hours: Monday through Thursday 8:00 am to 9:00 pm, Friday 8:00 am to 5:00 pm, Saturday 8:00 am to 12:00 pm.

G1BTMQ02 EA    ND160R4001*TMQ*

## REHABILITATION LOAN PROGRAM
## REPAYMENT AGREEMENT

Borrower Name: Shelly M Andrews         SSN: [redacted]

Borrower Address:   245 HILLIARD ST
                    MANCHESTER CT 06042-3050

| Loan Number(s): | Current Loan Balance(s): | Interest Rate(s): |
|---|---|---|
| 1 | $3,006.92 | 9.00% |
| 2 | $2,378.05 | 9.00% |

Note: The current loan balance(s) includes the claim paid amount with any adjustments, accrued interest, collection costs and fees less any payments, refunds, or offsets received on your loan(s) to date.

For consideration received, the Educational Credit Management Corporation (ECMC), its agents, and the undersigned borrower, hereby enter into the following agreement for the repayment of the borrower's defaulted guaranteed student loan(s) for the purpose of qualifying the loan(s) for rehabilitation.

1. A reasonable and affordable payment is $65.00 per month.
2. The borrower agrees to provide ECMC or its agents with the following information upon request:
   - current employer, employer's address, current salary, and verified statement of earnings and/or pay stubs.
3. The borrower shall pay to ECMC the sum of $65.00 per month, to be received on or before the 20th day of the month for at least 9 consecutive months until such time as said loan(s) is/are eligible for rehabilitation. The first payment due under this Repayment Agreement shall be due on 05/20/09. Payments will be mailed to the predetermined lockbox.

FOR PAYMENT:
ECMC
Lockbox # 8766
P.O. Box 75848
St. Paul, MN 55175-0848

FOR DOCUMENT RETURN:
NCO Financial Systems, Inc.
5626 Frantz Rd
Dublin, OH 43017

4. This Repayment Agreement is being made for the convenience of the borrower, and does not in any way alter or affect the terms and conditions of the loan(s) as enumerated in the original promissory note(s).
5. Timeliness is crucial in the remittance of payments under this agreement. The acceptance of late payments by ECMC or its agents shall not be construed as a waiver of the borrower's obligation to make timely payments, nor shall ECMC or its agent's failure to provide the borrower with a coupon book or monthly statement be construed as a waiver of the borrower's obligation to make timely payments. ECMC or its agent's forbearance from exercising any of its rights hereunder shall not be construed as a waiver of those rights.
6. Should the borrower fail to make any of the payments required by this Repayment Agreement with good funds for a period of more than 20 days before or after the scheduled payment date, the entire unpaid amount, including accrued interest and collection costs shall become due immediately. ECMC or its agent shall be free to pursue any possible collection actions including, but not limited to, Administrative Wage Garnishment and income tax seizure. Failure to make payment may result in the loss of eligibility to have the loan(s) rehabilitated.
7. After the borrower has made 9 consecutive voluntary and on-time payments, ECMC will attempt to secure a rehabilitation lender for the borrower's loan(s). A borrower who wishes to rehabilitate a loan on which a judgment has been rendered must satisfy the judgment prior to the sale of the loan to an eligible lender. A rehabilitated loan is not eligible for another rehabilitation.
8. After the loan(s) has/have been rehabilitated, the borrower shall regain eligibility for benefits under Title IV of the Higher Education Act, including any remaining deferment eligibility as of the date of rehabilitation. ECMC will report to all national credit bureaus within 90 days of the date the loan(s) was/were rehabilitated that the loan(s) no longer is/are in a default status.

9. An eligible lender purchasing a rehabilitated loan(s) must establish a repayment schedule that meets the requirements of other FFEL Program loan(s) of the same loan type and provide for the borrower to make monthly payments at least as great as the average of the 9 consecutive monthly payments received by ECMC. This means that if the borrower's loan(s) is/are rehabilitated, there is a possibility that the required monthly payment amount will be increased.
10. Upon rehabilitation, the collection costs to be added to the unpaid principal at the time of the sale of the loan(s) to the rehabilitating lender may not exceed 18.5 percent of the unpaid principal balance and accrued interest.
11. The borrower acknowledges that he/she has read and understands the terms of this Repayment Agreement and agrees to be bound by its terms. If you disagree with any of the terms of this agreement, call 800-716-1618 to discuss further.

NOTE: The borrower is required to fill in the remaining information fields using blue or black ink.

Reference Information (three references not residing with another reference or the applicant required)
Name: ILDEGARD ESPINOZA
Street Address: 21 ROCKLEDGE DR
City/ State/ Zip: AVON CT 06043
Home Phone Number: 860-209-6222

Name: MARY ANDREWS
Street Address: 990 CAPITAL AVE APT AA3
City/ State/ Zip: HARTFORD CT 06044
Home Phone Number: 860-231-1901

Name:
Street Address:
City/ State/ Zip:
Home Phone Number:

Employment Information
Employer Name: SIGNA HEALTHCARE
Address: 36 VALLEY STREET
City/ State/ Zip: BRISTOL CT
Phone Number: 860-616-9200

After carefully reviewing these terms and filling out the reference and employment portions of this form, sign and return this full original unaltered document to the collection agency.

I agree to all terms and conditions of the Loan Rehabilitation Agreement provided to me by the Educational Credit Management Corporation regarding my federal defaulted guaranteed student loan(s). In order to rehabilitate the loan(s), I agree to pay $65.00 by the 20th day of each month until such time that an eligible lender has purchased the rehabilitated loan(s) and establishes a repayment schedule to meet FFEL Program requirements, including monthly payment amount. I further understand and agree that my minimum monthly payment could increase after rehabilitation.

Borrower Signature: _Shelly Andrus_ SSN: [redacted]
Borrower Street Address: 245 Hilliard St
Manchester CT 06042
Borrower Phone Number: 860-432-9249 Date: June 21, 2010

G19TMQ16 ED ND160R4001*TMQ*