UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHELLY ANDREWS, <br> INDIVIDUALLY AND ON BEHALF OF <br> ALL OTHER SIMILARY SITUATED <br><br> Plaintiff <br><br> V. <br><br> EDUCATION CREDIT MANAGEMENT <br> CORP. and NCO FINANCIAL SYSTEMS, INC | CASE NUMBER <br> 3:11-cv-00937 (SRU) <br><br><br><br><br><br><br><br> JUNE 21, 2011 |

## APPEARANCE

Please enter my Appearance as Attorney for the Defendant, NCO Financial Systems, Inc. in the above-captioned case.

Dated at Bridgeport, Connecticut on this 22nd day of June 2011.

Respectfully Submitted,
THE DEFENDANT
NCO FINANCIAL SYSTEMS, INC.

BY _____
Walter A. Shalvoy, Jr. ct25132
Maher and Murtha, LLC
528 Clinton Avenue - P.O. Box 901
Bridgeport, CT    06601
Phone (203)367-2700
Fax: (203) 335-0589

**CERTIFICATION OF ELECTRONIC FILING**

I hereby certify that a copy of the foregoing was filed electronically on June 21, 2011 and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access the filing through the Court's CM.ECF System.

_____
WALTER A. SHALVOY, JR.