**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SHELLY ANDREWS,  )<br>INDIVIDUALLY AND ON BEHALF OF  )<br>ALL OTHERS SIMILARLY SITUATED,  )<br>    Plaintiff  )<br>  )<br>v.  )<br>  )<br>EDUCATION CREDIT MANAGEMENT  )<br>CORP. and NCO FINANCIAL SYSTEMS,  )<br>INC.  )<br>    Defendants  )<br>  ) | CASE NUMBER:<br>3:11-CV-00937-SRU<br><br><br><br><br><br><br><br><br><br>APRIL 24, 2013 |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Shelly Andrews, through her attorneys, and the defendants, Education Credit Management Corp., and NCO Financial Systems, Inc., through their attorneys, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

SHELLY ANDREWS FOR HERSELF AND ON BEHALF OF THE CLASS,


By: /s/ Daniel S. Blinn
    Daniel S. Blinn  (ct02188)
    Consumer Law Group, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, CT 06067-9997
    Tel (860) 571-0408  Fax (860) 571-7457
    Juris No. 414047

    Brian L. Bromberg,  (ct26967)
    brian@bromberglawoffice.com
    Bromberg Law Office, P.C.
    40 Exchange Place, Suite 2010
    New York, NY 10005
    Tel: (212) 248-7906
    Fax: (212) 248-7908

    Joshua Cohen Fed.  (ct27939)
    jcohen@thestudentloanlawyer.com
    Law Office of Joshua R.I. Cohen, LLC
    34-3 Shunpike Road, #114
    Cromwell, CT 06416
    Tel 860-233-0338 x701
    Fax 860-233-0339

Defendant, Educational Credit Management Corporation

By /s/ Matthew C. Reeber
Matthew C. Reeber  (ct28118)
mreeber@pldwlaw.com
Brian J. Lamoureux (*Pro Hac Vice*)
bjl@pldwlaw.com
Pannone Lopes Devereaux & West LLC
317 Iron Horse Way, Suite 301
Providence, RI  02908
Tel (401) 824-5100
Fax (401) 824-5123


Defendant, NCO Financial Services, Inc.

By: /s/ Walter A. Shalvoy, Jr.
Walter A. Shalvoy, Jr.  (ct25132)
Maher and Murtha, LLC
528 Clinton Avenue, P.O. Box 901
Bridgeport, CT 06601-0901
Tel:  (203) 367-2700
Fax: (203) 335-0589
wshalvoy@maherandmurtha.com


Aaron R. Easley (*Pro Hac Vice*)
Sessions Fishman Nathan & Israel, LLC
Attorneys at Law
200 Route 31 North, Suite 203
Flemmington, NJ  08822-5736
Tel 908-751-5940
Fax 908-751-5944
aeasley@sessions-law.biz

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2013, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn